IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR G. D'ARRIGO, JR., | |
| Plaintiff, | Civil Action No. 04-5967 (JBS) |
| v. | |
| GLOUCESTER CITY, et al., | **ORDER** |
| Defendants. | |

This matter comes before the Court on motions for summary judgment, pursuant to Fed. R. Civ. P. 56 by Defendants Delaware River Port Authority and Patrolman Larry Goodwin [Docket Item 23] and by Defendants Gloucester City, Gloucester City Municipal Police Department, Officer Iepson, Officer Morrell and Officer Kraft [Docket Item 28]. The Court has considered the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this __19th__ day of **June, 2007** hereby

ORDERED that the motions for summary judgment shall be granted in part and denied in part as follows:

The Court shall **DENY** summary judgment on Plaintiff's claims against:

1.  Defendant Goodwin under Counts One and Two for failure to intervene to prevent the use of excessive force, under New Jersey tort and federal constitutional law;

2.  Gloucester City for deliberate indifference to

excessive force;

3. Defendants Iepson and Morrell for New Jersey tort and federal constitutional claims of excessive force;

4. All Defendants except DRPA for Plaintiff's claims of pain and suffering.

The Court shall **GRANT** summary judgment in favor of:

5. Defendant Goodwin for all other claims against him;

6. Defendant DRPA for all claims against it;

7. All Defendants for claims of false arrest, false imprisonment, and filing false police reports;

8. Defendant Kraft for excessive force;

9. Defendant Gloucester City for punitive damages;

10. Defendant Gloucester City Police Department for all claims against it; and

11. All Defendants for claims of intentional infliction of emotional distress.

   **s/ Jerome B. Simandle**
Jerome B. Simandle
United States District Judge